# Notice Recipients

District/Off: 0208–1                 User: kcappiell                Date Created: 12/21/2016
Case: 16–12619–mg                    Form ID: 155new                Total: 34

**Recipients of Notice of Electronic Filing:**
tr          Albert Togut          alcourt@teamtogut.com
aty         Michael D. Siegel     sieglaw@optonline.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bruce Patten          138 East 31st Street      Apt. #3B       New York, NY 10016
ust         United States Trustee       Office of the United States Trustee      U.S. Federal Office Building      201 Varick Street, Room 1006      New York, NY 10014
smg         New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg         United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg         N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–0551
smg         New York City Dept. Of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs – Devora Cohn       Brooklyn, NY 11201–3719
7020626     AMERICAN EXPRESS       P.O. BOX 1270       NEWARK, NJ 07101–1270
7020627     BARCLAYS CARD       P.O. BOX 8833       WILMINGTON, DE 19899
7020628     BLOOMINGDALES       P.O. BOX 9001108       LOUISVILLE, KY 40290–1108
7020629     CARD SERVICES       P.O. BOX 13337       PHILADELPHIA, PA 19101
7020630     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020631     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020632     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020633     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020634     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020635     CHASE CARD       P.O. BOX 15548       WILMINGTON, DE 19886
7020636     CITIBANK, N.A.       P.O. BOX 790345       SAINT LOUIS, MO 63179
7020637     CITICARDS       P.O. BOX 9001037       LOUISVILLE, KY 40290
7020638     CITY OF PHEONIX       P.O. BOX 29100       PHOENIX, AZ 85038
7020639     ENTERPRISE RENT A CAR       P.O. BOX 801998       KANSAS CITY, MO 64180
7020640     FAMS       P.O. BOX 469       WOODSTOCK, GA 30188
7020641     GC SERVICES LIMITED PARTNERSHI       P.O. BOX 1389       COPPERAS COVE, TX 76522
7020642     HOME DEPOT CREDIT SERVICES       P.O. BOX 9001010       LOUISVILLE, KY 40290
7020643     HOME DEPOT CREDIT SERVICES       P.O. BOX 9001010       LOUISVILLE, KY 40290
7020644     LOWES BUSINESS       P.O. BOX 530970       ATLANTA, GA 30353
7020645     NAVY FEDERAL CREDIT UNION       P.O. BOX 3300       MERRIFIELD, VA 22119–3300
7020646     SOUTHWEST GAS       P.O. BOX 98890       LAS VEGAS, NV 89193
7020647     SRP       P.O. BOX 52025       PHOENIX, AZ 85072
7020648     SYNCHRONY BANK       P.O. BOX 965004       ORLANDO, FL 32896
7020649     TRANSWORLD SYSTEMS       507 PRUDENTIAL RD       HORSHAM, PA 19044
7020650     UNITED COLLECTION BUREAU       5620 SOUTHWYCK BLVD       SUITE 206       TOLEDO, OH 43614
7020651     USAA       10750 MCDERMOTT FWY       SAN ANTONIO, TX 78288

TOTAL: 32